IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY R. URBAN ,

    Plaintiff,

v.

                                  ORDER

                            Case No.   14-cv-275-wmc

DIANE M. FREMGEN,

    Defendant.

Plaintiff Gregory R. Urban has filed a proposed civil complaint.  He requests leave to proceed without prepayment of fees and/or costs and has supported his request with an affidavit of indigency.  The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has a monthly income of $578 from self-employment and $744 from retirement income, or combined an annual income of $15,864.  Plaintiff has no

substantial assets. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

## ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Gregory R. Urban for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 16th day of April, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge